STATE of Missouri, Respondent,

v.

Kenneth COUNCE a/k/a Heath Kenneth Williams, Appellant.

No. WD 35215.

Missouri Court of Appeals, Western District.

May 9, 1984.

Jeffrey K. Rath, Columbia, Jeffrey Rosanswank, Certified Law Intern, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from conviction for burglary in the second degree, § 569.170, RSMo.1978 and sentence as a prior offender to five years' imprisonment. No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).